**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2025 OCT -1 P 4: 51
DEPUTY CLERK

**UNITED STATES OF AMERICA**

**v.**

**DREW MATTHEW HOEHNER**

**Case No.** 2:25-cr-00148-LEW

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Conspiracy to Advertise Child Pornography)**

On about January 26, 2025, in the District of Maine and elsewhere, the defendant

**DREW MATTHEW HOEHNER**

did knowingly conspire with others known and unknown to the Grand Jury to publish a notice or advertisement offering to display, distribute, or reproduce a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which depiction was of such conduct, and such advertisement was transported in or affecting interstate or foreign commerce by any means including by computer.

In violation of Title 18, United States Code, Section 2251(d)(1)(A) and (e).

**COUNT TWO**
**(Conspiracy to Advertise Child Pornography)**

On about October 14, 2024, in the District of Maine and elsewhere, the defendant

**DREW MATTHEW HOEHNER**

did knowingly conspire with others known and unknown to the Grand Jury to publish a notice or advertisement offering to display, distribute, or reproduce a visual depiction, the production of which involved the use of a minor engaging in sexually explicit

conduct and which depiction was of such conduct, and such advertisement was transported in or affecting interstate or foreign commerce by any means including by computer.

In violation of Title 18, United States Code, Section 2251(d)(1)(A) and (e).

**NOTICE OF FORFEITURE**
**18 U.S.C. § 2253(a)**

Pursuant to Title 18, United States Code, Section 2253(a), the United States gives the defendant notice that in the event of conviction for the offenses charged in Counts One and Two of the Indictment, the United States will seek to forfeit all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in Counts One and Two, including, but not limited to, the following:

- Two (2) SD Cards
- One (1) Blue iPhone
- One (1) Navy blue iPhone
- One (1) Samsung hard drive
- One (1) Black Asus Laptop

Signature Redacted – Original on file with the Clerk's Office

FOREPERSON

ASSISTANT UNITED STATES ATTORNEY

DATED: October 1, 2025