**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DREW MATTHEW HOEHNER | No: 2:25-cr-0148-LEW |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of case. This case is eligible for a detention order because the case involves:

_______ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

_______ Crime of Violence

_______ Maximum sentence life imprisonment or death

_______ 10+ year drug offense

_______ Felony, with two prior convictions in above categories

___X___ Felony involving a minor victim, a firearm, destructive device or dangerous weapon, or failure to register as a sex offender

___X___ Serious risk defendant will flee

_______ Serious risk of obstruction of justice

2. Reasons for Detention:

i. Temporary Detention

______________________________________________________________

______________________________________________________________

ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which would reasonably assure:

___X___ Defendant's appearance as required

___X___ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because

___X___ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. § 3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

_______ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of 3 days.

5. Length of Detention Hearing. The United States will require ½ hour to present its case for detention.

Date: November 6, 2025

ANDREW B. BENSON
United States Attorney

By: /s/Peter I. Brostowin
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
Peter.Brostowin@usdoj.gov