UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Drew Matthew Hoehner

DOCKET NO: 2:25-cr-00148-LEW

PROCEEDING TYPE: Detention Hearing

# Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 1 |  | 12/20/2024 Department of Homeland Security Report | 12/02/2025 | 12/02/2025 |  | 12/02/2025 |
|  | 2 |  | 1/13/2025 Department of Homeland Security Report | 12/02/2025 | 12/02/2025 |  | 12/02/2025 |
|  | 3 |  | 1/13/2025 Department of Homeland Security Report | 12/02/2025 | 12/02/2025 |  | 12/02/2025 |
|  | 4 |  | 9/25/2025 Department of Homeland Security Report | 12/02/2025 | 12/02/2025 |  | 12/02/2025 |
|  | 5 |  | 11/12/2025 Department of Homeland Security Report | 12/02/2025 | 12/02/2025 |  | 12/02/2025 |
|  | 6 |  | 11/12/2025 Department of Homeland Security Report | 12/02/2025 | 12/02/2025 |  | 12/02/2025 |
| 1 |  |  | ***SEALED EXHIBIT*** | 12/02/2025 | 12/02/2025 |  | 12/02/2025 |