# UNITED STATES DISTRICT COURT
## District of Maine

### Witness List

| Case Name: USA v. Drew Matthew Hoehner<br>Case No.: 2:25-cr-00148-LEW | | Proceeding Type:<br>Detention Hearing |
|---|---|---|
| Presiding Judge: Karen Frink Wolf | Government's Attorney:<br><br>Peter I. Brostowin, AUSA | Defendant's Attorney:<br><br>William T. Bly, Esq. |
| Courtroom Deputy: Lauren Bearor | | |
| Court Reporter: Tammy Martell | | |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
|  | 1 | 12/02/2025 | Janice Collins |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |